UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM BRADLEY,

      Plaintiff,                                      Case No. 1:08-CV-63

v.                                                     Hon. Gordon J. Quist

CAROL GRAVELLE and
ROBIN MILLER,

      Defendants.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 29, 2008. The Report and Recommendation was duly served on the parties on December 30, 2008. On January 28, 2009, the magistrate judge granted Plaintiff an extension of time to file objections by February 10, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 29, 2008, is approved and adopted as the opinion of the Court.

      **IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 17) is **GRANTED**.

      This case is **concluded**.


Dated: February 25, 2009                                    /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE